DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ARMANDO C. SANTANA,**
Appellant,

v.

**DANY YAMILE TABORDA-CORTES,**
Appellee.

No. 4D2024-2937

[January 7, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Allison Gilman, Judge; L.T. Case No. COSO23005326.

Armando C. Santana, Miramar, pro se.

Wayne S. Kramer of Midler & Kramer, P.A., Fort Lauderdale, for appellee.

SHEPHERD, J.

Appellant challenges the dismissal with prejudice of his fourth amended complaint for lack of standing and the trial court's denial of non-party Santana Homes Corp.'s motion for leave to amend. We affirm both rulings without discussion.

Appellant also seeks review of a nonfinal order determining Appellee's entitlement to attorney's fees. We dismiss that portion of the appeal for lack of jurisdiction. *See Dania Beach Boat Club Condo. Ass'n, Inc. v. Forcier*, 290 So. 3d 99, 102 (Fla. 4th DCA 2020).

*Affirmed in part; dismissed in part.*

GROSS and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***